United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Hampton Lee  
Yvonne Bullock-Lee  
      Debtors

Case No. 17-17554-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 1      Date Rcvd: Nov 21, 2017  
                     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2017.  
db/jdb      +Hampton Lee,   Yvonne Bullock-Lee,   6040 N. 19th Street,   Philadelphia, PA 19141-1316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2017 at the address(es) listed below:  
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      PAUL H. YOUNG   on behalf of Joint Debtor Yvonne Bullock-Lee support@ymalaw.com, ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com  
      PAUL H. YOUNG   on behalf of Debtor Hampton Lee support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      TOTAL: 4

# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  HAMPTON LEE | : | CHAPTER 13 |
| YVONNE BULLOCK-LEE | : | |
| Debtors | : | NO. 17-17554 |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an additional sixteen (16) days **for a total of thirty (30) days from the date of filing** in which to file the Debtors' Schedules, Statement of Affairs, Form B22C, Chapter 13 Plan, and two months income information.

**Date: November 21, 2017**

_____ J.

Copies to:

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA   19020

U.S. Trustee's Office
833 Chestnut St., Ste. 500
Philadelphia, PA 19106

Trustee

Debtors