# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  HAMPTON LEE                :        CHAPTER 13
        YVONNE BULLOCK-LEE    :
        Debtors                         :        BANKRUPTCY NO. 17-17554

## ORDER

**AND NOW**, this _____ day of _____, 2017, upon Motion of the Debtor, the automatic stay in this case is extended beyond 30 days and for the duration of this case unless relief from same is granted.

BY THE COURT:

_____
                    J.

**Date: November 30, 2017**