```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                         Case No. 17-17554-jkf
Hampton Lee                                                    Chapter 13
Yvonne Bullock-Lee
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia                Page 1 of 2                  Date Rcvd: Dec 01, 2017
                              Form ID: pdf900               Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db/jdb         +Hampton Lee,    Yvonne Bullock-Lee,    6040 N. 19th Street,    Philadelphia, PA 19141-1316
14010421       +Abington memorial Hospital - PAT,    PO Box 826580,    Philadelphia, PA 19182-6580
14010423      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
14010422       +Capital One,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                 Salt Lake City, UT 84130-0285
14010429       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
14010430        Radiology Group Abington,    PO Box 6750,    Portsmouth, NH 03802-6750
14010434       +Surgical Care Specialists,    1245 Highland Ave.,    Suite 600,    Abington, PA 19001-3727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 01 2017 07:38:32      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 01 2017 07:38:27      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 07:37:38      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
14010424       +E-mail/Text: csd1clientservices@cboflanc.com Dec 01 2017 07:38:40
                 Credit Bureau of Lancaster County, Inc,    Po Box 1271,    Lancaster, PA 17608-1271
14010425       +E-mail/Text: csd1clientservices@cboflanc.com Dec 01 2017 07:38:40
                 Credit Bureau of Lancaster County, Inc,    218 West Orange St,    Lancaster, PA 17603-3746
14010427        E-mail/Text: mrdiscen@discover.com Dec 01 2017 07:37:55      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
14010426       +E-mail/Text: mrdiscen@discover.com Dec 01 2017 07:37:55      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14010428       +E-mail/Text: iaceves@foundationfinance.com Dec 01 2017 07:38:46      Foundation F,
                 7802 Meadow Rock Drive,    Weston, WI 54476-5262
14011049       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2017 07:37:27
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14015726        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 01 2017 07:38:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14016311        E-mail/Text: bnc-quantum@quantum3group.com Dec 01 2017 07:38:01
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14010431       +E-mail/Text: clientservices@simonsagency.com Dec 01 2017 07:38:43      Simons Agency Inc,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
14010432       +E-mail/Text: bankruptcy@sw-credit.com Dec 01 2017 07:38:20      Southwest Credit Systems,
                 4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
14010433       +E-mail/Text: bankruptcy@sw-credit.com Dec 01 2017 07:38:20      Southwest Credit Systems,
                 4120 International Parkway,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Dec 01, 2017
                              Form ID: pdf900             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              PAUL H. YOUNG    on behalf of Joint Debtor Yvonne  Bullock-Lee support@ymalaw.com,
               ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com
              PAUL H. YOUNG    on behalf of Debtor Hampton  Lee support@ymalaw.com,  ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   HAMPTON LEE                    :        CHAPTER 13
           YVONNE BULLOCK-LEE         :
           **Debtors**                          :        BANKRUPTCY NO. 17-17554

## ORDER

**AND NOW**, this _____ day of _____, 2017, upon Motion of the Debtor, the automatic stay in this case is extended beyond 30 days and for the duration of this case unless relief from same is granted.

BY THE COURT:

_____
                                                                    J.

**Date: November 30, 2017**