# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In Re: | Case No: 17-17554-jkf |
| **Hampton Lee and Yvonne Bullock-Lee**, Debtors. | Chapter: 13 |

## APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Foundation Finance Company, a creditor and party in interest in the above styled action, pursuant to Federal Rule of Bankruptcy Procedure 2002(g) requests that all notices required to be mailed or served in this case be directed to:

> Lisa Cancanon
> Weinstein & Riley, P.S.
> 11101 West 120th Avenue #280
> Broomfield, CO 80021

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Lisa Cancanon hereby enters her Notice of Appearance as Counsel in this matter on behalf of Foundation Finance Company.

Dated: April 5, 2018

/s/ Lisa Cancanon
Lisa Cancanon, PA #323550
Weinstein & Riley, P.S.
11101 West 120th Avenue #280
Broomfield, CO 80021
Telephone: (303) 539-8600

## CERTIFICATE OF SERVICE

On April 5, 2018, I placed a true and correct copy of the attached Appearance of Counsel and Request for Notice in the U.S. Mail, First Class Postage pre-paid, to the following parties listed below:

Debtor:
**Hampton Lee**
**Yvonne Bullock-Lee**
6040 N. 19th Street
Philadelphia, PA 19141

Debtor's Attorney:
**David M. Offen**
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Trustee:
**Frederick L. Reigle**
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
ecfmail@fredreiglech13.com

U.S. Trustee:
Office of the U.S. Trustee
833 Chestnut St.
Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

Dated: April 5, 2018

/s/ Taylor Bartle
Taylor Bartle, Assistant to Lisa Cancanon