**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Yvonee Bullock-Lee** | | |
| **and Hampton Lee,** | : | **Chapter 13** |
| | : | |
| **Debtors** | : | **Bky. No. 17-17554 JKF** |

# O R D E R

AND NOW, upon consideration of the Motion to Approve Mortgage Modification ("the Motion") (Doc. # 34) filed by Quicken Loans, Inc. ("the Lender"), and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors are **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation of the automatic stay, 11 U.S.C. §362(a).

3. If the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, any proof of claim previously filed by the **LENDER** is **DISALLOWED**.

**Date: June 29, 2018**

*/s/ Jean K. FitzSimon/*

**Jean K. FitzSimon**
**U.S. BANKRUPTCY JUDGE**