## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                      :
                                            :           Chapter 13
     HAMPTON LEE &                          :
     YVONNE BULLOCK-LEE                     :           Bankruptcy No. 17-17554(JKF)
                        Debtor.             :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION
## TO CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 33) filed by the City of Philadelphia on May 22, 2018.

                    Respectfully submitted,

                    THE CITY OF PHILADELPHIA

Dated: July 3, 2018     By:     /s/ Megan N. Harper
                                  Megan N. Harper
                                  Deputy City Solicitor
                                  City of Philadelphia Law Department
                                  1401 JFK Blvd., 5th Floor
                                  Philadelphia, PA  19102-1595
                                  215-686-0503 (phone)
                                  215-686-0588 (facsimile)
                                  Email: Megan.Harper@Phila.gov