**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| Hampton Lee and Yvonne Bullock-Lee, Debtors | § § | Case No. 17-17554-jkf |
| | § | |
| Foundation Finance Company, Movant | § § | |
| | § | |
| v. | § | |
| | § | |
| Hampton Lee and Yvonne Bullock-Lee, Respondents. | § | |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Creditor, Foundation Finance Company, hereby withdraws its Limited Objection to Confirmation of Debtor's Chapter 13 Plan (Docket No. 26) filed on March 14, 2018 in the above-referenced bankruptcy proceeding.

Dated: July 5, 2018          Respectfully Submitted,

By: /s/ Lisa Cancanon___
Lisa Cancanon, PA #323550
Weinstein & Riley, P.S.
11101 West 120th Avenue #280
Broomfield, CO 80021
Telephone: (303) 539-8600
Email: LisaC@w-legal.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| Hampton Lee and Yvonne Bullock-Lee, | § | Case No. 17-17554-jkf |
| Debtors | § | |
| | § | |
| Foundation Finance Company, | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| Hampton Lee and Yvonne Bullock-Lee, | § | |
| Respondents. | | |

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the Notice of Withdrawal of Limited Objection to Confirmation of Debtors' Chapter 13 Plan was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on July 5, 2018:

<u>Trustee via E-Filing</u>
FREDERICK L. REIGLE
ecfmail@fredreiglech13.com

<u>Trustee's Counsel via E-Filing</u>
POLLY A. LANGDON
ecfmail@fredreiglech13.com

<u>U.S. Trustee via E-Filing</u>
US Trustee
USTPRegion03.PH.ECF@usdoj.gov

<u>Debtors' Counsel via E-Filing</u>
PAUL H. YOUNG
support@ymalaw.com

<u>Debtors via First-Class Mail</u>
Hampton Lee and Yvonne Bullock-Lee
6040 N. 19th Street
Philadelphia, PA 19141

<u>Request for Service via First Class Mail</u>
Quicken Loans Inc.
REBECCA ANN SOLARZ, ESQUIRE
KML Law Group, P.C.
710 Market Street
Suite 5000
Philadelphia, PA 19106-1532

<u>Request for Service via First Class Mail</u>
City of Philadelphia
MEGAN N. HARPER
City of Philadelphia - Law/Revenue Dept.
1401 JFK Blvd.
Room 580
Philadelphia, PA 19102

    /s/ Lisa Cancanon_____
    Lisa Cancanon, PA #323550
    Weinstein & Riley, P.S.
    11101 West 120th Avenue #280
    Broomfield, CO 80021
   Telephone: (303) 539-8600
    Email: LisaC@w-legal.com