| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-17554-AMC

HAMPTON  LEE
YVONNE  BULLOCK-LEE
6040 N 19TH STREET
PHILADELPHIA  PA    19141

Petition Filed Date: 11/06/2017
341 Hearing Date: 02/09/2018
Confirmation Date: 08/08/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $1,200.00 | | 02/21/2019 | $1,200.00 | | 03/21/2019 | $1,200.00 | |
| 04/22/2019 | $1,200.00 | | 05/29/2019 | $1,200.00 | | 06/24/2019 | $1,200.00 | |
| 07/24/2019 | $1,200.00 | | 09/05/2019 | $1,200.00 | Monthly Plan P | 10/02/2019 | $1,200.00 | |
| 11/04/2019 | $1,200.00 | | 12/02/2019 | $1,200.00 | | 01/09/2020 | $1,200.00 | |
| 02/03/2020 | $1,200.00 | | 03/09/2020 | $1,200.00 | | | | |

**Total Receipts for the Period:  $16,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $32,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | ASHLEY FUNDING SVCS LLC<br>»» 011 | Unsecured Creditors | $53.93 | $0.00 | $53.93 |
| 9 | FOUNDATION FINANCE COMPANY<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | UNITED STATES TREASURY (IRS)<br>»» 17P | Priority Crediors | $38,594.00 | $23,901.74 | $14,692.26 |
| 17 | UNITED STATES TREASURY (IRS)<br>»» 17U | Unsecured Creditors | $18,960.00 | $0.00 | $18,960.00 |
| 12 | JD RECEIVABLES LLC<br>»» 012 | Unsecured Creditors | $1,169.47 | $0.00 | $1,169.47 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $934.89 | $0.00 | $934.89 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $368.43 | $0.00 | $368.43 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $941.09 | $0.00 | $941.09 |
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $648.47 | $0.00 | $648.47 |
| 3 | MOMA FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,439.36 | $0.00 | $1,439.36 |
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,250.97 | $0.00 | $2,250.97 |
| 5 | MOMA FUNDING LLC<br>»» 005 | Unsecured Creditors | $937.38 | $0.00 | $937.38 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $289.28 | $179.15 | $110.13 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $5,000.32 | $0.00 | $5,000.32 |

**Chapter 13 Case No. 17-17554-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $14.15 | $0.00 | $14.15 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 15P | Priority Creditors | $5,412.97 | $3,352.30 | $2,060.67 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 15U | Unsecured Creditors | $3,225.05 | $0.00 | $3,225.05 |
| 13 | POLICE & FIRE FCU<br>»» 013 | Unsecured Creditors | $1,773.99 | $0.00 | $1,773.99 |
| 14 | POLICE & FIRE FCU<br>»» 014 | Unsecured Creditors | $1,464.40 | $0.00 | $1,464.40 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $653.22 | $0.00 | $653.22 |
| 16 | QUICKEN LOANS INC<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | YOUNG MARR & ASSOCIATES<br>»» 018 | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,400.00 | Current Monthly Payment: | $1,200.00 |
| Paid to Claims: | $29,683.19 | Arrearages: | $7,200.00 |
| Paid to Trustee: | $2,716.80 | Total Plan Base: | $72,000.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.