**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:   **HAMPTON LEE**                      :    **CHAPTER 13**
       **YVONNE BULLOCK-LEE**          :
       **Debtor(s)**                          :    **BANKRUPTCY NO. 17-17554**


**CERTIFICATE OF SERVICE AND**
**CERTIFICATION OF NO RESPONSE**


I, PAUL H. YOUNG, ESQUIRE, attorney for Debtor, do hereby certify the following:


1.       I served by facsimile and/or first-class mail on August 25, 2020, a true and correct copy of Debtors' Motion to Modify the Chapter 13 Plan and Notice of Motion, Response Deadline and Hearing Date on the U.S. Trustee, Trustee and all creditors on matrix.

2.       I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Modify Plan.


/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtor
3554 Hulmeville Road, Suite 102
Bensalem, PA   19020
(215) 639-5297