**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:  **HAMPTON LEE**                      :    **CHAPTER 13**
        **YVONNE BULLOCK-LEE**         :
        **Debtor(s)**                              :    **BANKRUPTCY NO. 17-17554**


## ORDER


AND NOW, this  23rd           day of  September         , 2020, upon consideration of

the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is

hereby ORDERED that the Debtor be allowed to Modify the Amended Plan by filing a Second

Amended Plan.

_____

J.