United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Hampton Lee  
Yvonne Bullock-Lee  
       Debtors

Case No. 17-17554-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Sep 23, 2020  
                           Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2020.  
db/jdb       +Hampton Lee,   Yvonne Bullock-Lee,   6040 N. 19th Street,   Philadelphia, PA 19141-1316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2020 at the address(es) listed below:

      FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      KEVIN G. MCDONALD   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com  
      MEGAN N. HARPER   on behalf of Creditor   City of Philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov  
      PAUL H. YOUNG   on behalf of Debtor Hampton Lee support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
      PAUL H. YOUNG   on behalf of Joint Debtor Yvonne Bullock-Lee support@ymalaw.com, ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
      POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com  
      POLLY A. LANGDON   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com  
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                   TOTAL: 10

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  HAMPTON LEE                  :   CHAPTER 13
        YVONNE BULLOCK-LEE            :
        Debtor(s)                     :   BANKRUPTCY NO. 17-17554

## ORDER

AND NOW, this 23rd day of September, 2020, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be allowed to Modify the Amended Plan by filing a Second Amended Plan.

_____
                                                                                J.