| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-17554-AMC

HAMPTON  LEE
YVONNE  BULLOCK-LEE
6040 N 19TH STREET
PHILADELPHIA  PA    19141

Petition Filed Date: 11/06/2017
341 Hearing Date: 02/09/2018
Confirmation Date: 08/08/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $1,200.00 | | 02/03/2020 | $1,200.00 | | 03/09/2020 | $1,200.00 | |
| 09/10/2020 | $1,200.00 | | 10/26/2020 | $1,200.00 | | 12/01/2020 | $1,200.00 | |
| 12/29/2020 | $1,200.00 | | 01/26/2021 | $1,200.00 | | 03/08/2021 | $1,200.00 | |
| 04/05/2021 | $1,200.00 | | 05/03/2021 | $1,200.00 | | 06/07/2021 | $1,200.00 | |

**Total Receipts for the Period:  $14,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $43,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | ASHLEY FUNDING SVCS LLC »» 011 | Unsecured Creditors | $53.93 | $0.00 | $53.93 |
| 9 | FOUNDATION FINANCE COMPANY »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | UNITED STATES TREASURY (IRS) »» 17P | Priority Crediors | $38,594.00 | $31,182.06 | $7,411.94 |
| 17 | UNITED STATES TREASURY (IRS) »» 17U | Unsecured Creditors | $18,960.00 | $0.00 | $18,960.00 |
| 12 | JD RECEIVABLES LLC »» 012 | Unsecured Creditors | $1,169.47 | $0.00 | $1,169.47 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $934.89 | $0.00 | $934.89 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 006 | Unsecured Creditors | $368.43 | $0.00 | $368.43 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 007 | Unsecured Creditors | $941.09 | $0.00 | $941.09 |
| 2 | MOMA FUNDING LLC »» 002 | Unsecured Creditors | $648.47 | $0.00 | $648.47 |
| 3 | MOMA FUNDING LLC »» 003 | Unsecured Creditors | $1,439.36 | $0.00 | $1,439.36 |
| 4 | MOMA FUNDING LLC »» 004 | Unsecured Creditors | $2,250.97 | $0.00 | $2,250.97 |
| 5 | MOMA FUNDING LLC »» 005 | Unsecured Creditors | $937.38 | $0.00 | $937.38 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $289.28 | $219.39 | $69.89 |
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $5,000.32 | $0.00 | $5,000.32 |
| 1 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $14.15 | $0.00 | $14.15 |

| 15 | CITY OF PHILADELPHIA (LD)<br>»» 15P | Priority Creditors | $5,412.97 | $4,373.41 | $1,039.56 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 15U | Unsecured Creditors | $3,225.05 | $0.00 | $3,225.05 |
| 13 | POLICE & FIRE FCU<br>»» 013 | Unsecured Creditors | $1,773.99 | $0.00 | $1,773.99 |
| 14 | POLICE & FIRE FCU<br>»» 014 | Unsecured Creditors | $1,464.40 | $0.00 | $1,464.40 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $653.22 | $0.00 | $653.22 |
| 16 | QUICKEN LOANS INC<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | YOUNG MARR & ASSOCIATES<br>»» 018 | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $500.00 | $0.00 | $500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| Total Receipts: | $43,200.00 | Current Monthly Payment: | $1,200.00 |
| Paid to Claims: | $38,024.86 | Arrearages: | $1,200.00 |
| Paid to Trustee: | $3,580.80 | Total Plan Base: | $72,000.00 |
| Funds on Hand: | $1,594.34 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.