## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Yvonne Bullock-Lee<br>Hampton Lee<br><br>         Debtor(s) | BK NO. 17-17554 AMC<br><br>Chapter 13 |
| Rocket Mortgage, LLC f/k/a Quicken<br>Loans, LLC f/k/a Quicken Loans Inc.<br>         Movant<br>vs. | |
| Yvonne Bullock-Lee<br>Hampton Lee<br>         Debtor(s) | |
| Scott Waterman,<br>         Trustee | |

### CERTIFICATE OF SERVICE
### NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE
### COVID-19 PANDEMIC

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>February 8, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Yvonne Bullock-Lee
6040 North 19th Steet
Philadelphia, PA 19141

Hampton Lee
6040 North 19th Steet
Philadelphia, PA 19141

<u>Attorney for Debtor(s)</u>

Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

<u>Trustee</u>
Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>February 8, 2022</u>

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com