### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Yvonne Bullock-Lee<br>   Hampton Lee<br>     Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>     Movant<br>  vs.<br><br>Yvonne Bullock-Lee<br>Hampton Lee<br>     Debtor(s)<br><br>Scott Waterman<br>     Trustee | CHAPTER 13<br><br><br><br>NO. 17-17554 AMC<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this _____ day of _____, 2022 at Philadelphia, upon consideration of Movant's Motion to Approve the Partial Claim, it is ORDERED AND DECREED that:

The Motion is granted and the Partial Claim executed on _May 28, 2022_ does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: August 4, 2022**

_____
United States Bankruptcy Judge.