| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-17554-AMC

HAMPTON  LEE
YVONNE  BULLOCK-LEE
6040 N 19TH STREET
PHILADELPHIA  PA    19141

Petition Filed Date: 11/06/2017
341 Hearing Date: 02/09/2018
Confirmation Date: 08/08/2018

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $1,200.00 | | 05/03/2021 | $1,200.00 | | 06/07/2021 | $1,200.00 | |
| 07/12/2021 | $1,200.00 | | 08/23/2021 | $1,200.00 | | 09/23/2021 | $1,200.00 | |
| 10/27/2021 | $600.00 | | 12/13/2021 | $600.00 | | 01/11/2022 | $1,800.00 | |
| 02/11/2022 | $800.00 | | 02/15/2022 | $800.00 | | 03/14/2022 | $1,800.00 | |
| 03/21/2022 | $700.00 | | 03/25/2022 | $650.00 | | 04/04/2022 | $650.00 | |
| 05/10/2022 | $1,200.00 | | 05/16/2022 | $300.00 | | 05/23/2022 | $300.00 | |
| 05/31/2022 | $300.00 | | 06/06/2022 | $300.00 | | 06/13/2022 | $300.00 | |
| 06/21/2022 | $300.00 | | 06/29/2022 | $300.00 | | 07/05/2022 | $300.00 | |
| 07/15/2022 | $300.00 | | 07/25/2022 | $300.00 | | 07/29/2022 | $300.00 | |

**Total Receipts for the Period: $20,100.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $59,700.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | ASHLEY FUNDING SVCS LLC<br>»» 011 | Unsecured Creditors | $53.93 | $0.00 | $53.93 |
| 9 | FOUNDATION FINANCE COMPANY<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | UNITED STATES TREASURY (IRS)<br>»» 17P | Priority Crediors | $38,594.00 | $38,594.00 | $0.00 |
| 17 | UNITED STATES TREASURY (IRS)<br>»» 17U | Unsecured Creditors | $18,960.00 | $1,158.58 | $17,801.42 |
| 12 | JD RECEIVABLES LLC<br>»» 012 | Unsecured Creditors | $1,169.47 | $71.46 | $1,098.01 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $934.89 | $57.13 | $877.76 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $368.43 | $22.52 | $345.91 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $941.09 | $57.51 | $883.58 |
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $648.47 | $39.62 | $608.85 |
| 3 | MOMA FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,439.36 | $87.95 | $1,351.41 |
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,250.97 | $137.54 | $2,113.43 |
| 5 | MOMA FUNDING LLC<br>»» 005 | Unsecured Creditors | $937.38 | $57.28 | $880.10 |

**Chapter 13 Case No. 17-17554-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $289.28 | $289.28 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $5,000.32 | $5,000.32 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $14.15 | $0.00 | $14.15 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 15P | Priority Crediors | $5,412.97 | $5,412.97 | $0.00 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 15U | Unsecured Creditors | $3,225.05 | $197.07 | $3,027.98 |
| 13 | POLICE & FIRE FCU<br>»» 013 | Unsecured Creditors | $1,773.99 | $108.41 | $1,665.58 |
| 14 | POLICE & FIRE FCU<br>»» 014 | Unsecured Creditors | $1,464.40 | $89.49 | $1,374.91 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $653.22 | $39.92 | $613.30 |
| 16 | QUICKEN LOANS INC<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | YOUNG MARR & ASSOCIATES<br>»» 018 | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $500.00 | $0.00 | $500.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $59,700.00 | Current Monthly Payment: | $1,200.00 |
| Paid to Claims: | $53,671.05 | Arrearages: | $300.00 |
| Paid to Trustee: | $4,972.80 | Total Plan Base: | $72,000.00 |
| Funds on Hand: | $1,056.15 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.