# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Yvonne Bullock-Lee<br>Hampton Lee<br>Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>Movant<br>vs. | NO. 17-17554 AMC |
| Yvonne Bullock-Lee<br>Hampton Lee<br>Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Scott Waterman<br>Trustee | |

## ORDER

AND NOW, this _____ day of _____, 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on _May 28, 2022_ does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: October 19, 2022**

_____
United States Bankruptcy Judge.