Certificate Number: 03621-PAE-DE-037558685

Bankruptcy Case Number: 17-17554



03621-PAE-DE-037558685

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 3, 2023, at 8:59 o'clock AM EDT, Hampton E Lee completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 3, 2023               By:    /s/Lashonda Collins

                                  Name:  Lashonda Collins

                                  Title: Credit Counselor