Certificate Number: 03621-PAE-DE-037558684

Bankruptcy Case Number: 17-17554



03621-PAE-DE-037558684

# C**ERTIFICATE** O**F** D**EBTOR** E**DUCATION**

I CERTIFY that on July 2, 2023, at 6:57 o'clock PM EDT, Yvonne L Bullock-Lee completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 3, 2023

By:  /s/Lashonda Collins

Name:  Lashonda Collins

Title:  Credit Counselor