Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2022 to 08/01/2023
#### Chapter 13 Case No. 17-17554-AMC

HAMPTON  LEE
YVONNE  BULLOCK-LEE
6040 N 19TH STREET
PHILADELPHIA PA    19141

Petition Filed Date: 11/06/2017
341 Hearing Date: 02/09/2018
Confirmation Date: 08/08/2018

Case Status: Completed on 7/10/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/08/2022 | $300.00 | | 08/26/2022 | $600.00 | | 09/02/2022 | $600.00 | |
| 09/16/2022 | $300.00 | | 09/23/2022 | $300.00 | | 09/30/2022 | $300.00 | |
| 10/07/2022 | $300.00 | | 10/24/2022 | $300.00 | | 10/31/2022 | $300.00 | |
| 11/04/2022 | $300.00 | | 11/14/2022 | $300.00 | | 11/21/2022 | $300.00 | |
| 11/28/2022 | $300.00 | | 12/02/2022 | $300.00 | | 12/19/2022 | $300.00 | |
| 12/27/2022 | $300.00 | | 01/03/2023 | $300.00 | | 01/09/2023 | $300.00 | |
| 01/23/2023 | $300.00 | | 02/06/2023 | $900.00 | | 02/10/2023 | $300.00 | |
| 02/21/2023 | $300.00 | | 02/27/2023 | $300.00 | | 03/03/2023 | $300.00 | |
| 03/24/2023 | $300.00 | | 04/07/2023 | $600.00 | | 04/14/2023 | $300.00 | |
| 04/24/2023 | $300.00 | | 04/28/2023 | $300.00 | | 05/05/2023 | $300.00 | |
| 06/05/2023 | $300.00 | | 06/09/2023 | $900.00 | | 06/30/2023 | $300.00 | |
| 07/10/2023 | $300.00 | | | | | | | |

**Total Receipts for the Period: $12,300.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $72,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 11 | ASHLEY FUNDING SVCS LLC<br>»» 011 | Unsecured Creditors | $53.93 | $16.11 | $37.82 |
| 9 | FOUNDATION FINANCE COMPANY<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | UNITED STATES TREASURY (IRS)<br>»» 17P | Priority Crediors | $38,594.00 | $38,594.00 | $0.00 |
| 17 | UNITED STATES TREASURY (IRS)<br>»» 17U | Unsecured Creditors | $18,960.00 | $7,598.49 | $11,361.51 |
| 12 | JD RECEIVABLES LLC<br>»» 012 | Unsecured Creditors | $1,169.47 | $468.69 | $700.78 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $934.89 | $360.03 | $574.86 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $368.43 | $147.67 | $220.76 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $941.09 | $362.41 | $578.68 |
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $648.47 | $249.70 | $398.77 |
| 3 | MOMA FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,439.36 | $576.84 | $862.52 |

**Chapter 13 Case No. 17-17554-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,250.97 | $902.09 | $1,348.88 |
| 5 | MOMA FUNDING LLC<br>»» 005 | Unsecured Creditors | $937.38 | $360.97 | $576.41 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $289.28 | $289.28 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $5,000.32 | $5,000.32 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $14.15 | $0.00 | $14.15 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 15P | Priority Crediors | $5,412.97 | $5,412.97 | $0.00 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 15U | Unsecured Creditors | $3,225.05 | $1,292.50 | $1,932.55 |
| 13 | POLICE & FIRE FCU<br>»» 013 | Unsecured Creditors | $1,773.99 | $710.97 | $1,063.02 |
| 14 | POLICE & FIRE FCU<br>»» 014 | Unsecured Creditors | $1,464.40 | $586.89 | $877.51 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $653.22 | $251.57 | $401.65 |
| 16 | QUICKEN LOANS INC<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | YOUNG MARR  & ASSOCIATES<br>»» 018 | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $72,000.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $65,931.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,992.80 | Total Plan Base: | $72,000.00 |
| Funds on Hand: | $75.70 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.