United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17554-amc |
| Hampton Lee | Chapter 13 |
| Yvonne Bullock-Lee | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 23, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hampton Lee, Yvonne Bullock-Lee, 6040 N. 19th Street, Philadelphia, PA 19141-1316 |
| 14010421 | + | Abington memorial Hospital - PAT, PO Box 826580, Philadelphia, PA 19182-6580 |
| 14010424 | + | Credit Bureau of Lancaster County, Inc, Po Box 1271, Lancaster, PA 17608-1271 |
| 14010425 | + | Credit Bureau of Lancaster County, Inc, 218 West Orange St, Lancaster, PA 17603-3746 |
| 14051460 | + | FOUNDATION FINANCE COMPANY, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14194842 | + | Foundation Finance, c/o Lisa Cancanon, 11101 West 120th Avenue, #280, Broomfield CO 80021-2756 |
| 14010430 | | Radiology Group Abington, PO Box 6750, Portsmouth, NH 03802-6750 |
| 14010434 | + | Surgical Care Specialists, 1245 Highland Ave., Suite 600, Abington, PA 19001-3727 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 24 2023 00:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14068166 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2023 01:03:55 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14010423 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2023 00:52:41 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14102765 | + | Email/Text: megan.harper@phila.gov | Aug 24 2023 00:51:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14010422 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2023 01:03:57 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14010427 | | Email/Text: mrdiscen@discover.com | Aug 24 2023 00:51:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14010426 | + | Email/Text: mrdiscen@discover.com | Aug 24 2023 00:51:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14010428 | + | Email/Text: administrative@foundationfinance.com | Aug 24 2023 00:51:00 | Foundation F, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 14113426 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2023 00:51:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14068691 | | Email/Text: jefdun@gmail.com | Aug 24 2023 00:51:00 | JD Receivables LLC, Agent for KAY OUTLET, PO Box 382656, Germantown, TN 38183 |
| 14067587 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2023 01:03:48 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank USA, N. A., Resurgent |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14037994 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2023 00:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14038072 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2023 01:04:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14011049 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 24 2023 01:04:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14015726 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 24 2023 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14010429 | + | Email/Text: bankruptcy1@pffcu.org | Aug 24 2023 00:51:00 | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14016311 | | Email/Text: bnc-quantum@quantum3group.com | Aug 24 2023 00:51:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14105342 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 24 2023 00:51:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14010431 | + | Email/Text: clientservices@simonsagency.com | Aug 24 2023 00:51:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 14010433 | + | Email/Text: bankruptcy@sw-credit.com | Aug 24 2023 00:51:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14010432 | + | Email/Text: bankruptcy@sw-credit.com | Aug 24 2023 00:51:00 | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

    on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MEGAN N. HARPER
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

PAUL H. YOUNG
    on behalf of Joint Debtor Yvonne Bullock-Lee support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
    on behalf of Debtor Hampton Lee support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Hampton Lee and Yvonne Bullock–Lee

      Debtor(s)

Case No: 17–17554–amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
              Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/23/23

104 – 101
Form 138OBJ